IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CRANE 1 SERVICES, INC.

    Plaintiff,

v.

GEORGE KOCH, STEVE CELASCHI,     No.: 1:25-cv-00315-DRC
JOHN CELASCHI, H&K EQUIPMENT,
INC., S&A INDUSTRIAL CONTRACTING,
INC., and SUPERIOR INDUSTRIAL
CONTRACTING, INC.,

    Defendants.

### NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, CRANE 1 SERVICES, INC.

I, Corey S. Young, hereby certify that Defendants' First Set of Interrogatories and Request for Production of Documents Directed to Plaintiff, Crane 1 Services, Inc. were served on the following counsel of record by first class mail, on the 23rd day of January, 2026:

Aaron M. Bernay, Esq.
Richard J. Sarcone, Esq.
Frost Brown Todd, LLP
Great American Tower
301 East Fourth Street, Suite 3300
abernay@fbtlaw.com
rsarcone@fbtlaw.com

Thomas R. Dee
Brian W. Ledebuhr
Brian B. Druchniak
Erica L. Schuman
Vedder Price, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
tdee@vedderprice.com
bledebuhr@vedderprice.com
bdruchniak@vedderprice.com
eschuman@vedderprice.com

BASSI, VREELAND & ASSOCIATES, P.C.

By: /s/ Corey S. Young_____
Corey S. Young
Attorney for Defendants, Steve Celaschi,
John Celaschi,  S&A Industrial Contracting,
Inc. and Superior Industrial Contracting