**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OHIO
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| CRANE 1 SERVICES, INC., | : | CASE NO. 1:25-cv-00315 |
| | : | |
| Plaintiff, | : | Judge Cole |
| | : | |
| v. | : | |
| | : | |
| GEORGE KOCH, STEVE CELASCHI, | : | |
| JOHN CELASCHI, H&K EQUIPMENT, | : | |
| INC., S&A INDUSTRIAL CONTRACTING, | : | |
| INC., and SUPERIOR INDUSTRIAL | : | |
| CONTRACTING, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUGGESTION OF BANKRUPTCY**

Defendant, S&A Industrial Contracting, Inc., files this Suggestion of Bankruptcy:

1.      On March 20, 2026, Defendant, S&A Industrial Contracting, Inc., filed a Chapter 11, Subchapter V Petition (the "Petition") in the United States Bankruptcy Court for the Western District of Pennsylvania. A true and correct copy of the Petition is attached hereto as **Exhibit A**.

Respectfully submitted,

Date:  March 20, 2026

/s/
Bradley M. Bassi, Esquire
Pa. ID No. 28843
62 East Wheeling St.
Washington, PA 15301
Phone: 724-228-7000
Fax: 724-228-7266
bbassi@bmvlaw.com

*Counsel for S&A Industrial Contracting, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

Parties who have access to this Court's electronic filing system will receive notice of this filing by operation of that system. The parties may access this filing through the Court's system, this _23rd_ day of March, 2026.


/s/_____
Bradley M. Bassi, Esq.