## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OHIO
### WESTERN DIVISION

| | |
|---|---|
| CRANE 1 SERVICES, INC., | CASE NO. 1:25-cv-00315 |
| Plaintiff, | Judge Cole |
| v. | |
| GEORGE KOCH, STEVE CELASCHI, JOHN CELASCHI, H&K EQUIPMENT, INC., S&A INDUSTRIAL CONTRACTING, INC., and SUPERIOR INDUSTRIAL CONTRACTING, INC. | |
| Defendant. | |

## SUGGESTION OF BANKRUPTCY

Defendant, S&A Industrial Contracting, Inc., files this Suggestion of Bankruptcy:

1.     On March 20, 2026, Defendant, S&A Industrial Contracting, Inc., filed a Chapter 11, Subchapter V Petition (the "Petition") in the United States Bankruptcy Court for the Western District of Pennsylvania. A true and correct copy of the Petition is attached hereto as **Exhibit A**.

Respectfully submitted,

Date:  March 20, 2026

Bradley M. Bassi, Esquire
Pa. ID No. 28843
62 East Wheeling St.
Washington, PA 15301
Phone: 724-228-7000
Fax: 724-228-7266
bbassi@bmvlaw.com

*Counsel for S&A Industrial Contracting, Inc.*

## CERTIFICATE OF SERVICE

Parties who have access to this Court's electronic filing system will receive notice of this filing by operation of that system. The parties may access this filing through the Court's system, this _23rd_ day of March, 2026.

Bradley M. Bassi, Esq.